DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-01-00380-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




CHARLES E. POOL, SR., ET AL.,
§
 APPEAL FROM THE 87TH

APPELLANTS


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS, ET AL.,

APPELLEES
§
 ANDERSON COUNTY, TEXAS







PER CURIAM


 Appellant has filed a motion to dismiss this appeal, and all other parties to the appeal have
been given notice of the filing of this motion. Because Appellant has met the requirements of Tex.
R. App. P. 42.1(a)(2), the motion is granted, and the appeal is dismissed. 


Opinion delivered March 28, 2002.

Panel consisted of Davis, C.J., Worthen, J., and Griffith, J.














 (DO NOT PUBLISH)